IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRESH & EASY, LLC, [1]<br><br>                                    Debtor. | Chapter 11<br><br>Case No. 15-12220 (BLS) |
| Official Committee of Unsecured Creditors of Fresh & Easy, LLC,<br>                                    Plaintiff,<br>vs.<br><br>First Data Corporation dba ValueLink, LLC,<br>                                    Defendant. | Adv. No. 16-51921 |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety with prejudice.  An answer has not been filed.

Dated: March 31, 2017            **Gellert Scali Busenkell & Brown, LLC**

                                  */s/ Ronald S. Gellert*
                                 Ronald S. Gellert (DE 4259)
                                 1201 N. Orange Street, Suite 300
                                 Wilmington, DE 19801
                                 Telephone: (302) 425-5800
                                 Fax: (302) 425-5814
                                 Email: rgellert@gsbblaw.com

                                 *-and-*

                                 **ASK LLP**

                                 Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
                                 Kara E. Casteel, Esq., MN SBN 0389115
                                 2600 Eagan Woods Drive, Suite 400
                                 St. Paul, MN  55121
                                 Telephone: (651) 406-9665  ext. 846
                                 Fax: (651) 406-9676
                                 Email: kcasteel@askllp.com

---

[1]  The last four digits of the Debtor's federal taxpayer identification number are 8906. The Debtor's mailing address is 20101 Hamilton Avenue, Suite 350, Torrance, CA 90502.

*-and-*

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Special Counsel for the Official Committee
of Unsecured Creditors*